**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MELINDA GONZALEZ                                                                                    PLAINTIFF

V.                                              NO. 3:06CV00107 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 27th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Therefore, he has been substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).